# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Sauer Incorporated d/b/a Sauer Southeast ) | ASBCA No. 59355 |
| ) | |
| Under Contract No. N62467-05-D-0068 ) | |

APPEARANCE FOR THE APPELLANT:

Kevin J. Kelly, Esq.
General Counsel

APPEARANCES FOR THE GOVERNMENT:

Ronald J. Borro, Esq.
 Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
 Assistant Director
Taylor N. Ferrell, Esq.
 Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 May 2015

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59355, Appeal of Sauer Incorporated d/b/a Sauer Southeast, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals